```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAPOUR KARIMI,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, CIS;<br>ROSEMARY MELVILLE, District Director;<br>FRANK SICILIANO, Field Office Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>          Defendants. | No. C 07-5659 JF<br><br>**STIPULATION TO DISMISS**<br>**and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-5659 JF          1

| | | |
|---|---|---|
| 1 | Date: January 2, 2008 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: December 31, 2007 | /s/<br>EDWARD R. LITWIN |
| 10 | | CHRISTINA H. LEE<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-5659 JF                              2