1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 SHAPOUR KARIMI,                         )
                                           ) No. C 07-5659 JF
13            Plaintiff,                  )
                                           )
14      v.                                )  **STIPULATION TO DISMISS
                                           )  and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary;            )
   EMILIO T. GONZALEZ, Director, CIS;      )
16 ROSEMARY MELVILLE, District Director;   )
   FRANK SICILIANO, Field Office Director, )
17 Department of Homeland Security;        )
   ROBERT S. MUELLER, Director,            )
18 Federal Bureau of Investigations,       )
                                           )
19           Defendants.                 )
                                           )
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agree to

25 adjudicate such application within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C07-5659 JF                                        1

1 | Date: January 2, 2008

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/_
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 31, 2007

_/s/_
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/4/08

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-5659 JF                              2